■ In the Matter of MICHAEL MANES, Appellant, v BARBARA J. MANES, Respondent.—Order, Family Court, New York County (Sheldon Rand, J.), entered on or about July 1, 1988, unanimously affirmed for reasons stated by Sheldon Rand, J., without costs and without disbursements. Concur—Carro, J. P., Milonas, Wallach and Smith, JJ.

■ FELIX DE JESUS, Appellant, v IRMA RIVERA, Defendant, and BLANCA ACEVEDO, Respondent. NATIONWIDE MUTUAL INSURANCE COMPANY, Respondent.—Order, Supreme Court, New York County (Andrew Tyler, J.), entered on September 1, 1987, unanimously affirmed, without costs and without disbursements. The motion by respondent Nationwide to strike the addendum to the record, as well as the reply brief, is denied. No opinion. Concur—Kupferman, J. P., Sullivan, Carro, Milonas and Ellerin, JJ.

■ MORGAN GUARANTY TRUST COMPANY OF NEW YORK, Respondent, v SHELDON H. SOLOW, Appellant.—Order and judgment (one paper), Supreme Court, New York County (Myriam Altman, J.), and judgment of said court, both entered on December 18, 1987, unanimously affirmed. Respondent shall recover of appellant $250 costs and disbursements of these appeals. Motion by respondent to dismiss the appeals is denied. No opinion. Concur—Sullivan, J. P., Carro, Kassal, Wallach and Smith, JJ.